**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 3\|5\|2 CAPITAL GP LLC, on behalf of 3\|5\|2 CAPITAL ABS MASTER FUND LP, <br><br> Plaintiff, <br><br> -against- <br><br> RYAN WEAR, TYLER SADEK, JORDAN CHIRICO, WATER STATION MANAGEMENT LLC, REFRESHING USA, LLC, CREATIVE TECHNOLOGIES, LLC, C3 CAPITAL, INC., REVL CAPITAL MANAGEMENT LLC, REVL SECURITIES LLC, CREATIVE TECHNOLOGIES FLORIDA, LLC, WATERSTATION TECHNOLOGY II LLC, WATERSTATION FINANCE COMPANY, LLC, WATERSTATION TECHVENTURE LLC, WST FRANCHISE SYSTEMS LLC, WST AZ PROPERTIES, LLC, WSM CAPITAL FUNDING, INC., WS SPV 1, LLC, REFRESHING ARIZONA, LLC REFRESHING CALIFORNIA L.L.C., REFRESHING CAROLINAS LLC, REFRESHING COLORADO LLC, REFRESHING FLORIDA LLC, REFRESHING GEORGIA LLC, REFRESHING GREAT LAKES, LLC, REFRESHING GREAT PLAINS LLC, REFRESHING KENTUCKY LLC, REFRESHING LAS VEGAS, LLC, REFRESHING MID-ATLANTIC LLC, REFRESHING MIDWEST LLC, REFRESHING MIDWEST REAL ESTATE LLC, REFRESHING MONTANA, LLC, REFRESHING NEW ENGLAND, LLC, REFRESHING NEW MEXICO LLC, REFRESHING OHIO LLC, REFRESHING TEXAS, LLC, REFRESHING UTAH, LLC, REFRESHING USA MERGER SUB LLC, REFRESHING WASHINGTON LLC, VENDPRO LLC, BEVTECK TECHNOLOGIES LLC, SUMMIT MANAGEMENT SERVICES LLC, IDEAL PROPERTY INVESTMENTS LLC, IDEAL INDUSTRIAL PARK LLC, IDEAL AZ | Index No. _____ |

PROPERTY INVESTMENTS, LLC, 2129 ANDREA LANE, LLC, 3209 VAN BUREN LLC, ICE & WATER VENDORS LLC, K-2 ACQUISITION, LLC, K-2 MFG LLC, SMOKEY POINT HOLDINGS LLC, PISTOL INC., EMERY DEVELOPMENT LLC, ARIZONA WATER VENDORS INCORPORATED, 1118 VIRGINIA STREET LLC, 11519 SOUTH PETROPARK LLC, TCR PLUMBING LLC, FLAGSTAFF PLUMBING, LLC, 70 NORTH GARDEN AVENUE LLC, 701 EDEN LLC, AURORA BUILDING PRODUCTS LLC, 3422 W CLARENDON AVE LLC, 1206 HEWITT AVE LLC, GOLDEN STATE VENTURES, LLC, GOLDEN STATE VENDING, LLC, VALLEY VENDING, LLC, DRINK UP VENTURE LLC, and JOHN DOES 1-1000,

          Defendants.

**CORPORATE OWNERSHIP STATEMENT OF
3|5|2 CAPITAL ABS MASTER FUND LP**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that Jefferies Financial Group, Inc., a publicly held corporation, owns—through a subsidiary—more than 10% of the membership interests of 3|5|2 Capital ABS Master Fund LP (the "352 Fund"). To the best of counsel's knowledge, no other publicly held corporation owns 10% or more of the stock or membership interests of the 352 Fund.

[*Remainder of Page Intentionally Blank – Signature Page Follows*]

Dated: New York, New York
        July 3, 2024

Respectfully submitted,

HERBERT SMITH FREEHILLS
  NEW YORK LLP
By: /s/ *Scott S. Balber*
   Scott S. Balber
   Peter Behmke
   Michael P. Jones
   Dmitriy Gelfand
200 Park Avenue
New York, New York 10166
Telephone: (917) 542-7600
Facsimile: (917) 542-7601
Email: Scott.Balber@hsf.com
       Peter.Behmke@hsf.com
       Michael.Jones@hsf.com
       Dmitriy.Gelfand@hsf.com

*Attorneys for 3|5|2 Capital GP LLC,
On Behalf of 3|5|2 Capital ABS Master Fund LP*