UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
3|5|2 CAPITAL GP LLC, on behalf of 3|5|2, :
CAPITAL ABS MASTER FUND LP :
: Case No.: 24-CV-5102 (VEC)
Plaintiff, :
: **CORPORATE DISCLOSURE**
v. : **STATEMENT**
:
RYAN WEAR et. al. :
:
Defendants. :
------------------------------------------------------------X

    Pursuant to Fed. R. Civ. P. 7.1, Defendant REVL Securities LLC submits this Corporate Disclosure Statement. No parent corporation or publicly held corporation owns more than 10% of the stock of REVL Securities LLC.

Dated: July 30, 2024

    Respectfully submitted,

    By: __/s/ Douglas Fogle__
        Douglas Fogle
        Winget, Spadafora & Schwartzberg, LLP
        1528 Walnut Street, Suite 1502
        Philadelphia, PA 19102
        Phone: (215) 433-1500
        Fogle.d@wssllp.com
        *Attorney for Defendant,*
        *REVL Securities LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below I served the foregoing Corporate Disclosure Statement to all parties of record via the ECF:

Date:  <u>July 30, 2024</u>                            <u>/s/ Douglas Fogle</u>
                                                        Douglas Fogle, Esq.