**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 352 CAPITAL GP LLC, on behalf of 352 CAPITAL ABS MASTER FUND LP,<br><br>Plaintiff,<br><br>v.<br><br>Ryan Wear, et al.<br><br>Defendants. | CASE NO. 1:24-cv-05102-VEC<br><br>**SUGGESTION OF BANKRUPTCY** |

Ideal Property Investments, LLC files this Suggestion of Bankruptcy and states that on September 5, 2024, a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§101-1532 (the "Bankruptcy Code") was filed on its behalf in the United States Bankruptcy Court for the Eastern District of Washington, Case No. 24-01421-FPC11. A copy of the petition is attached hereto as <u>Exhibit A</u>.

Pursuant to 11 U.S.C. §362, this action should be immediately stayed with regard to Ideal Property Investments, LLC, unless and until otherwise ordered by the Bankruptcy Court. This is for informational purposes only and does not constitute notice of appearance of the undersigned.

Dated:   Seattle, Washington
         October 2, 2024

                                        DBS | LAW


                                        By: */s/ Dominique R. Scalia*
                                            Dominique R. Scalia
                                            155 NE 100th Street, Suite 205
                                            Seattle, WA 98125
                                            (206) 489-3818
                                            dscalia@lawdbs.com
                                            *Counsel for Ideal Property Investments LLC*

1