UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

3|5|2 CAPITAL GP LLC, on behalf of 3|5|2          :
CAPITAL ABS MASTER FUND LP, and                   :
LEUCADIA ASSET MANAGEMENT, LLC                    :
                                                  :
                              Plaintiffs,         :          24-CV-5102 (VEC)
                                                  :
            -against-                             :          ORDER
                                                  :
RYAN WEAR, TYLER SADEK, JORDAN                    :
CHIRICO, WATER STATION MANAGEMENT                 :
LLC, REFRESHING USA, LLC, CREATIVE                :
TECHNOLOGIES, LLC, C3 CAPITAL, INC.,              :
REVL CAPITAL MANAGEMENT LLC, REVL                 :
SECURITIES LLC, CREATIVE                          :
TECHNOLOGIES FLORIDA, LLC,                        :
WATERSTATION TECHNOLOGY II LLC,                   :
WATERSTATION FINANCE COMPANY, LLC,                :
WATERSTATION TECHVENTURE LLC, WST                 :
FRANCHISE SYSTEMS LLC, WST AZ                     :
PROPERTIES, LLC, WSM CAPITAL FUNDING,             :
INC., WS SPV 1, LLC, REFRESHING                   :
ARIZONA, LLC REFRESHING CALIFORNIA                :
L.L.C., REFRESHING CAROLINAS LLC,                 :
REFRESHING COLORADO LLC,                          :
REFRESHING FLORIDA LLC, REFRESHING                :
GEORGIA LLC, REFRESHING GREAT LAKES,              :
LLC, REFRESHING GREAT PLAINS LLC,                 :
REFRESHING KENTUCKY LLC,                          :
REFRESHING LAS VEGAS, LLC,                        :
REFRESHING MID-ATLANTIC LLC,                      :
REFRESHING MIDWEST LLC, REFRESHING                :
MIDWEST REAL ESTATE LLC, REFRESHING               :
MONTANA, LLC, REFRESHING NEW                      :
ENGLAND, LLC, REFRESHING NEW MEXICO               :
LLC, REFRESHING OHIO LLC, REFRESHING              :
TEXAS, LLC, REFRESHING UTAH, LLC,                 :
REFRESHING USA MERGER SUB LLC,                    :
REFRESHING WASHINGTON LLC, VENDPRO                :
LLC, BEVTECK TECHNOLOGIES LLC,                    :
SUMMIT MANAGEMENT SERVICES LLC,                   :
IDEAL PROPERTY INVESTMENTS LLC,                   :
IDEAL INDUSTRIAL PARK LLC, IDEAL AZ               :
                                                  :

PROPERTY INVESTMENTS, LLC, 2129,          :
ANDREA LANE, LLC, 3209 VAN BUREN LLC,  :
ICE & WATER VENDORS LLC, K-2              :
ACQUISITION, LLC, K-2 MFG LLC, SMOKEY  :
POINT HOLDINGS LLC, PISTOL INC., EMERY :
DEVELOPMENT LLC, ARIZONA WATER        :
VENDORS INCORPORATED, 1118 VIRGINIA  :
STREET LLC, 11519 SOUTH PETROPARK        :
LLC, TCR PLUMBING LLC, FLAGSTAFF          :
PLUMBING, LLC, 70 NORTH GARDEN            :
AVENUE LLC, 701 EDEN LLC, AURORA          :
BUILDING PRODUCTS LLC, 3422 W               :
CLARENDON AVE LLC, 1206 HEWITT AVE     :
LLC, GOLDEN STATE VENTURES, LLC,          :
GOLDEN STATE VENDING, LLC, VALLEY       :
VENDING, LLC, DRINK UP VENTURE LLC,      :
and JOHN DOES 1-1000,                              :
                                                          :
                                                          X
                          Defendants.
-----------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

     WHEREAS on October 28, 2024, Plaintiffs filed an Amended Complaint (Dkt. 88).

     IT IS HEREBY ORDERED that the motions to dismiss currently pending in this case

(Dkts. 51, 54, 57, 73) are DENIED as moot.  All Defendants (including Mr. Wear, who

answered the original Complaint rather than moving to dismiss, *see* Dkt. 86) must answer or

otherwise respond to the Amended Complaint not later than **Monday, November 18, 2024**.

     The Clerk of the Court is respectfully directed to close the open motions at Dkts. 51, 54,

57, and 73, and to mail a copy of this order to Mr. Wear at 2732 Grand Avenue Suite 122,

Everett, WA 98201.

**SO ORDERED.**

**Date:  October 29, 2024**                          _____
**        New York, New York**                          **VALERIE CAPRONI**
                                                      **United States District Judge**

2