UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

3|5|2 CAPITAL GP LLC, on behalf of 3|5|2 : 
CAPITAL ABS MASTER FUND LP, :
  :
                    Plaintiff, :
  :     24-CV-5102 (VEC)
        -against- :
  :        ORDER
RYAN WEAR, TYLER SADEK, JORDAN :
CHIRICO, WATER STATION MANAGEMENT :
LLC, REFRESHING USA, LLC, CREATIVE :
TECHNOLOGIES, LLC, C3 CAPITAL, INC., :
REVL CAPITAL MANAGEMENT LLC, REVL :
SECURITIES LLC, CREATIVE :
TECHNOLOGIES FLORIDA, LLC, :
WATERSTATION TECHNOLOGY II LLC, :
WATERSTATION FINANCE COMPANY, LLC, :
WATERSTATION TECHVENTURE LLC, WST :
FRANCHISE SYSTEMS LLC, WST AZ :
PROPERTIES, LLC, WSM CAPITAL FUNDING, :
INC., WS SPV 1, LLC, REFRESHING :
ARIZONA, LLC REFRESHING CALIFORNIA :
L.L.C., REFRESHING CAROLINAS LLC, :
REFRESHING COLORADO LLC, :
REFRESHING FLORIDA LLC, REFRESHING :
GEORGIA LLC, REFRESHING GREAT LAKES, :
LLC, REFRESHING GREAT PLAINS LLC, :
REFRESHING KENTUCKY LLC, :
REFRESHING LAS VEGAS, LLC, :
REFRESHING MID-ATLANTIC LLC, :
REFRESHING MIDWEST LLC, REFRESHING :
MIDWEST REAL ESTATE LLC, REFRESHING :
MONTANA, LLC, REFRESHING NEW :
ENGLAND, LLC, REFRESHING NEW MEXICO :
LLC, REFRESHING OHIO LLC, REFRESHING :
TEXAS, LLC, REFRESHING UTAH, LLC, :
REFRESHING USA MERGER SUB LLC, :
REFRESHING WASHINGTON LLC, VENDPRO :
LLC, BEVTECK TECHNOLOGIES LLC, :
SUMMIT MANAGEMENT SERVICES LLC, :
IDEAL PROPERTY INVESTMENTS LLC, :
IDEAL INDUSTRIAL PARK LLC, IDEAL AZ :
PROPERTY INVESTMENTS, LLC, 2129, :
ANDREA LANE, LLC, 3209 VAN BUREN LLC, :

| | |
|---|---|
| ICE & WATER VENDORS LLC, K-2 ACQUISITION, LLC, K-2 MFG LLC, SMOKEY POINT HOLDINGS LLC, PISTOL INC., EMERY DEVELOPMENT LLC, ARIZONA WATER VENDORS INCORPORATED, 1118 VIRGINIA STREET LLC, 11519 SOUTH PETROPARK LLC, TCR PLUMBING LLC, FLAGSTAFF PLUMBING, LLC, 70 NORTH GARDEN AVENUE LLC, 701 EDEN LLC, AURORA BUILDING PRODUCTS LLC, 3422 W CLARENDON AVE LLC, 1206 HEWITT AVE LLC, GOLDEN STATE VENTURES, LLC, GOLDEN STATE VENDING, LLC, VALLEY VENDING, LLC, DRINK UP VENTURE LLC, and JOHN DOES 1-1000, | : : : : : : : : : : : : : : : : : |
| Defendants. | : |

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 26, 2024, the parties appeared via teleconference before the Undersigned to discuss a discovery dispute.

IT IS HEREBY ORDERED that the parties must review the docket and ensure that all information regarding **each party's** current counsel is up to date.  To the extent any of the parties are represented by attorneys other than those currently listed as counsel of record, such attorneys must promptly file notices of appearance, motions for withdrawal, or proposed substitution orders as appropriate.

**SO ORDERED.**

Date:  November 26, 2024
      New York, New York

           **VALERIE CAPRONI**
           **United States District Judge**