**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

3/5/2 Capital Group LLC on behalf of 3/5/2

Capital ABS Master fund LP

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Jeremy Briggs

(List the full name(s) of the defendant(s)/respondent(s).)

24 CV 05102 (VEC) ( )

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I currently reside in Washington State so I am not physically able to represent myself in the Southern Distrct of New York. I am not financially capable of retaining counsel and request representation. I was named defendant in this case although I was an employee working for the company.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

As I reside in the state of Washington and not have the financial means to retain cousel I am requesting Pro bono counsel for myself in this civil action. This application is the first steps I have taken to find an attorney as I am not familiar with the process of finding a Pro Bono attorney.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| December 13 2024 | [signature] |
|---|---|
| Date | Signature |

Jeremy W Briggs
Name (Last, First, MI)                                                                                     Prison Identification # (if incarcerated)

| 8100 242nd Street SW Unit A | Edmonds | WA | 98026 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 425-375-6133 | jeremyw.briggs@gmail.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

2

Application GRANTED. Mr. Briggs is reminded that, notwithstanding the Court's approval of his application, there is no guarantee that a volunteer attorney will be available to represent him. Unless and until Mr. Briggs files a notice of appearance and a response to the First Amended Complaint (either through an attorney or on a pro se basis), his response to the First Amended Complaint remains overdue and he remains at risk of having default judgment entered against him.

SO ORDERED.

*[signature: Valerie Caproni]*   12/19/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE