UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
3|5|2 CAPITAL GP LLC, on behalf of 3|5|2        :
CAPITAL ABS MASTER FUND LP,                      :
                                                 :
                            Plaintiff,           :
                                                 :    24-CV-5102 (VEC)
          -against-                              :
                                                 :         ORDER
RYAN WEAR, TYLER SADEK, JORDAN                   :
CHIRICO, WATER STATION MANAGEMENT                :
LLC, REFRESHING USA, LLC, CREATIVE               :
TECHNOLOGIES, LLC, REVL CAPITAL                  :
MANAGEMENT LLC, REVL                             :
SECURITIES LLC, CREATIVE                         :
TECHNOLOGIES FLORIDA, LLC,                       :
WATERSTATION TECHNOLOGY II LLC,                  :
WATERSTATION FINANCE COMPANY, LLC,               :
WATERSTATION TECHVENTURE LLC, WST                :
FRANCHISE SYSTEMS LLC, WST AZ                    :
PROPERTIES, LLC, WSM CAPITAL FUNDING,            :
INC., WS SPV 1, LLC, REFRESHING                  :
ARIZONA, LLC REFRESHING CALIFORNIA               :
L.L.C., REFRESHING CAROLINAS LLC,                :
REFRESHING COLORADO LLC,                         :
REFRESHING FLORIDA LLC, REFRESHING               :
GEORGIA LLC, REFRESHING GREAT LAKES,             :
LLC, REFRESHING GREAT PLAINS LLC,                :
REFRESHING KENTUCKY LLC,                         :
REFRESHING LAS VEGAS, LLC,                       :
REFRESHING MID-ATLANTIC LLC,                     :
REFRESHING MIDWEST LLC, REFRESHING               :
MIDWEST REAL ESTATE LLC, REFRESHING              :
MONTANA, LLC, REFRESHING NEW                     :
ENGLAND, LLC, REFRESHING NEW MEXICO              :
LLC, REFRESHING OHIO LLC, REFRESHING             :
TEXAS, LLC, REFRESHING UTAH, LLC,                :
REFRESHING USA MERGER SUB LLC,                   :
REFRESHING WASHINGTON LLC, VENDPRO               :
LLC, BEVTECK TECHNOLOGIES LLC,                   :
SUMMIT MANAGEMENT SERVICES LLC,                  :
IDEAL PROPERTY INVESTMENTS LLC,                  :
IDEAL INDUSTRIAL PARK LLC, IDEAL AZ              :
PROPERTY INVESTMENTS, LLC, 2129,                 :
ANDREA LANE, LLC, 3209 VAN BUREN LLC,            :

| | |
|---|---|
| ICE & WATER VENDORS LLC, K-2 ACQUISITION, LLC, K-2 MFG LLC, SMOKEY POINT HOLDINGS LLC, PISTOL INC., EMERY DEVELOPMENT LLC, ARIZONA WATER VENDORS INCORPORATED, 1118 VIRGINIA STREET LLC, 11519 SOUTH PETROPARK LLC, TCR PLUMBING LLC, FLAGSTAFF PLUMBING, LLC, 70 NORTH GARDEN AVENUE LLC, 701 EDEN LLC, AURORA BUILDING PRODUCTS LLC, 3422 W CLARENDON AVE LLC, 1206 HEWITT AVE LLC, GOLDEN STATE VENTURES, LLC, GOLDEN STATE VENDING, LLC, VALLEY VENDING, LLC, DRINK UP VENTURE LLC, and JOHN DOES 1-1000,<br><br>                                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

-------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 22, 2025, the parties appeared via teleconference before the Undersigned to discuss a discovery dispute;

WHEREAS the parties chose to proceed without a court reporter or recording of the teleconference; and

WHEREAS Defendant Ryan Wear appeared on the teleconference, but disconnected from the call before it was complete.

IT IS HEREBY ORDERED that the parties must schedule the depositions of Defendants Jordan Chirico, Tyler Sadek, and Ryan Wear to occur between **July 28, 2025** and **August 15, 2025**.

IT IS FURTHER ORDERED that, not later than **Friday, April 25, 2025**, the parties must meet and confer to discuss the outstanding issue flagged during the teleconference relating to ESI custodians and search terms. If the parties fail to reach consensus on that issue, they must

seek the Court's intervention in a manner consistent with Rule 3(B) of the Undersigned's Individual Practices in Civil Cases.

IT IS FURTHER ORDERED that, by disconnecting from the teleconference before it was complete, Mr. Wear has waived any objection to this Order.

**SO ORDERED.**

Date:  **April 22, 2025**
      **New York, New York**

      **VALERIE CAPRONI**
      **United States District Judge**