UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
3|5|2 CAPITAL GP LLC, on behalf of 3|5|2
CAPITAL ABS MASTER FUND LP and
LEUCADIA ASSET MANAGEMENT, LLC,

                              Plaintiffs,        24-CV-5102 (VEC)

          -against-                      ORDER

RYAN WEAR et al.,

                             Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 25, 2025, Plaintiffs and Defendant Jordan Chirico appeared for a conference regarding the proposed amendments to the Protective Order.

IT IS HEREBY ORDERED that, for the reasons set forth at the conference, the Court will amend the Protective Order to allow the use of confidential materials in connection with the New York State action, but not the Washington action.

IT IS FURTHER ORDERED that the parties must file a proposed amended Protective Order not later than **Friday, August 8, 2025**. The parties are strongly encouraged to file a single, mutually agreeable proposed Protective Order. If they cannot agree on the terms, the parties may file separate proposed Protective Orders along with a short joint letter describing the differences between the proposals.

**SO ORDERED.**

Date: July 25, 2025
      New York, New York

                                                      VALERIE CAPRONI
                                                      United States District Judge